429 A.2d 53

Commonwealth v. Waddy, Appellant.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Case remanded for further proceedings consistent with this opinion and in accordance with our court's recent opinion in *Commonwealth v. Jellots*, 277 Pa.Super. 358, 419 A.2d 1184 (1980).